1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| GRANT OTTE, | Case No. ED CV 24-00398-DMG (AS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| | **CONCLUSIONS AND RECOMMNEDATIONS OF** |
| SAN BERNADINO COUNTY, | **UNITED STATES MAGISTRATE JUDGE** |
| Defendant. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge, to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that (1) Defendant's motion to dismiss the Second Amended Complaint is GRANTED IN PART and DENIED IN PART as follows: Plaintiff's failure-to-protect claim (Claim Two) is dismissed with prejudice; and the motion to dismiss Claim One is denied.

1    Defendant is ordered to file to file an Answer to the remaining

2 claim (Claim One) in the Second Amended Complaint no later than

3 fourteen (14) days from the date of this Order.

4

5    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

6 Order and the Magistrate Judge's Report and Recommendation on

7 Plaintiff and counsel for Defendants.

8

9 DATED: November 4, 2025

10

11    _____

12              DOLLY M. GEE

         CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28