UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | ED CV 24-00398-DMG (AS) | Date | March 2, 2026 |
|-----|-------------------------|------|---------------|
| Title | *Grant Otte v. San Bernadino County* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|------------------------|---------------------------------------------|--|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings (In Chambers):**      **ORDER TO SHOW CAUSE RE PLAINITFF'S FAILURE TO FILE CASE MANAGEMENT REPORT**

On November 19, 2025, the Court issued an Order re Scheduling in Civil Rights Case directing the parties to file a case management report no later than February 19, 2026. (Dkt. No. 50). On February 19, 2026, Defendant filed a case management report in compliance with the Court's Order. (Dkt. No. 51). To date, Plaintiff has failed to comply with the Cour's Order to file a case management report or otherwise communicate with the Court regarding his failure to do so.

Accordingly, Plaintiff is <u>ORDERED TO SHOW CAUSE, in writing, no later than March 23, 2026</u>, why this action should not be dismissed with prejudice for failure to abide by court orders. This Order will be discharged upon the filing of a Case Management Report in accordance with the Court's November 19, 2025 Order (Dkt. No. 50), or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a case management report.

If Plaintiff no longer wishes to pursue this action, Plaintiff may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.</u>

**IT IS SO ORDERED.**

cc: Dolly M. Gee
    Chief United States District Judge